JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LISSETTE BUCIO,<br><br>    Petitioner,<br><br>    v.<br><br>DEBORAH K. JOHNSON, Warden,<br><br>    Respondent. | Case No. CV 14-5025 R (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: January 9, 2015

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE